# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-3758

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Missouri. |
| Stephen J. Beebe, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: March 30, 2011
Filed: April 13, 2011

_____

Before LOKEN, MURPHY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

In this direct criminal appeal, Stephen Beebe challenges the 12-month prison sentence the district court[1] imposed after revoking his supervised release. Upon careful review, we conclude that the district court did not impose an unreasonable term of imprisonment. See United States v. Tyson, 413 F.3d 824, 825 (8th Cir. 2005) (per curiam) (standard of review). Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.